UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAINIER INSURANCE COMPANY,

    Plaintiff,

v.

MEADOWDALE MARINA, LLC,

    Defendant.

NO. C06-428JLR

AMENDED ORDER

This order supersedes the court's order of April 17, 2006 (Dkt. # 4) which erroneously stated that Defendant had removed this action from a state court. Plaintiff filed its complaint in this court.

The court has reviewed Plaintiff's complaint and finds that it does not establish subject matter jurisdiction over this matter. Plaintiff must, within seven (7) days of the date of this order, serve and file a submission providing the following information:

1. For purposes of assessing diversity jurisdiction, the court must consider the domicile of all members of a limited liability company. Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). As Defendant is a limited liability company, Plaintiff must submit allegations that permit the court to determine Defendant's domicile.

2. For purposes of assessing diversity jurisdiction, a corporation's domicile is both the state in which it is incorporated and the location of its principal place of business. 28 U.S.C. § 1332(c)(1). Plaintiffs' complaint provides no allegation regarding its principal place of business. It must provide that information.

ORDER - 1

If Plaintiff fails to respond to this order, the court will dismiss this action. If Defendant has a response to Plaintiff's submission, such response shall be filed and served within seven (7) days of the date of the submission.

Dated this 18th day of April, 2006.

JAMES L. ROBART
United States District Judge

ORDER - 2